UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN L. JEFFERSON,

                        Plaintiff,              **ORDER**

       -against-

                                                               CV 08-204(JS)(ARL)

JANE DOE, Corrections Officer, VINCENT
DEMARCO, Sheriff,

                        Defendants.
------------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The plaintiff has filed a letter with Judge Seybert indicating that it was his intent to file an amended complaint by July 1, 2008, but that he failed to do so. Pursuant to the scheduling order issued by the undersigned, the plaintiff may file a motion to amend by September 22, 2008. Prior to filing the motion, the plaintiff should provide the defendants with a copy of the proposed amended complaint and determine whether or not the defendants oppose the filing of the amended pleading.

Dated:  Central Islip, New York          SO ORDERED:
         July 30, 2008

                                                      _____/s/_____
                                                      Arlene R. Lindsay
                                                      United States Magistrate Judge