UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
KEVIN L. JEFFERSON,

                              Plaintiff,                    **ORDER**

              -against-

                                                    CV 08-204(JS)(ARL)

JANE DOE, Corrections Officer, VINCENT
DEMARCO, Sheriff,

                              Defendants.
---------------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated September 22, 2010, Judge Seybert referred the plaintiff's motion to amend to the undersigned. The plaintiff's motion to amend was set forth at pages 11 and 12 of his motion for a temporary restraining order and preliminary injunction. By letter dated October 5, 2010, the plaintiff withdrew "from his application to amend the following two: C. O. Wayne Whelahan, Shield # 1342 and the one identified as 'the Second Floor Lobby Sergeant (7:00 a.m. to 3:00 p.m. shift/Sept. 9, 2010).'" The plaintiff has not provided the court with a proposed amended complaint and there is no indication in the docket that a proposed amended complaint was provided to the defendants for their review. Accordingly, on or before October 29, 2010, the plaintiff shall serve and file a proposed second amended complaint that incorporates his new claims and proposed additional defendants into the amended complaint. By November 12, 2010, the defendants shall either advise the court that they consent to the proposed amendment or shall submit a letter in opposition to the motion.

Dated:  Central Islip, New York                    **SO ORDERED:**
          October 12, 2010

                                                            _____/s/_____
                                                             Arlene R. Lindsay
                                                             United States Magistrate Judge